1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  DENNIS J. HANNA, CSBN 184475
5  Special Assistant United States Attorney
6         Social Security Administration
          160 Spear St., Suite 800
7         San Francisco, CA  94105
8         Telephone:  (415) 977-8962
          Facsimile:  (415) 744-0134
9         Email:  Dennis.Hanna@ssa.gov
10 Attorneys for Defendant

11                    UNITED STATES DISTRICT COURT
12                   CENTRAL DISTRICT OF CALIFORNIA
13                          WESTERN DIVISION

14 

15 AVALON J. NEAL,                ) No. 2:12-cv-03356-CW
                                  )
16     Plaintiff,                 ) **[PROPOSED]**
                                  ) **JUDGMENT OF REMAND**
17         v.                     )
                                  )
18                                )
   MICHAEL J. ASTRUE,             )
19 Commissioner of Social Security,)
20                                )
       Defendant.                 )
21                                )
22 

23     The Court having approved the parties' Stipulation to Voluntary Remand
24 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
25 ("Stipulation to Remand") lodged concurrent with the lodging of the within
26 Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
27 **DECREED** that the above-captioned action is remanded to the Commissioner of
28 Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: October 24, 2012          _____
                                 H
                                 UNITED STATES MAGISTRATE JUDGE