1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Avalon J. Neal

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 AVALON J. NEAL,                    ) Case No.: CV 12-3356 GHK CW
                                      )
12         Plaintiff,                 ) [PROPOSED] ORDER AWARDING
                                      ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                             ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,                 ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,   ) U.S.C. § 1920
15                                    )
           Defendant                  )
16 _____    )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $1,200 as

21 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

22 DATE:    November 1, 2012
                                        *Carla M. Woehrle*
23                                      _____
                                        THE HONORABLE CARLA WOEHRLE
24                                      UNITED STATES MAGISTRATE JUDGE

25

26

Case 2:12-cv-03356-CW   Document 23   Filed 11/01/12   Page 2 of 2   Page ID #:62

1. Respectfully submitted,
2. LAW OFFICES OF Lawrence D. Rohlfing
3. /s/ *Brian C. Shapiro*
   _____
4. Brian C. Shapiro
   Attorney for plaintiff Avalon J. Neal
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.